**Dismissed and Memorandum Opinion filed March 1, 2012.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-11-00946-CR
_____

**CHRISTOPHER MARK ANDERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1313600**

---

## MEMORANDUM OPINION

Appellant entered a guilty plea to burglary of a building. In accordance with the terms of a plea bargain agreement with the State, the trial court sentenced appellant on October 17, 2011, to confinement for eighteen months in the State Jail Division of the Texas Department of Criminal Justice. Appellant filed a pro se notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on

appeal.   *See* Tex. R. App. P. 25.2(d).   The trial court did not grant permission to appeal, and the record does not contain any rulings on written pre-trial motions.   *See* Tex. R. App. P. 25.2(b).   Therefore, the record supports the trial court's certification.   *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Justices Frost, Brown, and Christopher.
Do Not Publish — TEX. R. APP. P. 47.2(b).